IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

            Petitioner,                  No. CIV S-06-2360 LKK DAD P

    vs.

R. CAMPBELL, Warden, et al.,

            Respondents.         __ORDER__

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis under 28 U.S.C. § 1915.

        Although petitioner has submitted his in forma pauperis application on a proper form, he has not dated the application, and the certificate section of the form has not been completed by a prison official.  A federal habeas petitioner must pay the filing fee or submit an in forma pauperis application that includes the affidavit required by § 1915 "and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."  Rule 3, Rules Governing § 2254 Cases.  Petitioner will be granted thirty days to file a properly completed application to proceed in forma pauperis.

1

1     Petitioner has requested an order requiring the state court to transcribe and

2 provide him with a copy of the transcript of an evidentiary hearing held in state habeas

3 proceedings.  Petitioner's request must be filed in the state court that conducted the proceedings.

4 Petitioner refers to witnesses who were not called at trial and various records that could help him

5 but fails to show that there is any order that should be made by this court in that regard.

6     Petitioner has requested appointment of counsel.  There currently is no absolute

7 right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453,

8 460 (9th Cir. 1996).  Counsel may be appointed at any stage of the case "if the interests of justice

9 so require."  18 U.S.C. § 3006A.  <u>See</u> <u>also</u> Rule 8(c), Rules Governing § 2254 Cases.  The court

10 does not find that the interests of justice require appointment of counsel at this time.

11     Accordingly, IT IS HEREBY ORDERED that:

12     1.  Petitioner's October 25, 2006 application to proceed in forma pauperis is

13 denied without prejudice;

14     2.  Petitioner shall submit, within thirty days from the date of this order, a properly

15 completed application to proceed in forma pauperis; failure to comply with this order or request

16 an extension of time to do so may result in a recommendation that this action be dismissed;

17     3.  Petitioner's October 25, 2006 motion for production of transcripts is denied;

18     4.  Petitioner's October 25, 2006 motion for appointment of counsel is denied; and

19     5.  The Clerk of the Court is directed to send petitioner a copy of the in forma

20 pauperis form used by this district in habeas proceedings.

21 DATED: November 1, 2006.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
brow2360.101

2