IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

    Petitioner,               No. CIV S-06-2360 LKK DAD P

    vs.

R. CAMPBELL, Warden, et al.,

    Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's order filed November 2, 2006, petitioner has paid the required filing fee.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1     2. If the response to petitioner's habeas petition is an answer, petitioner's reply, if
2 any, shall be filed and served within thirty days after the answer is served;

3     3. If the response to petitioner's habeas petition is a motion, petitioner's
4 opposition or a statement of non-opposition to the motion shall be filed and served within thirty
5 days after the motion is served, and respondents' reply, if any, shall be filed within fifteen days
6 thereafter; and

7     4. The Clerk of the Court shall serve a copy of this order together with a copy of
8 petitioner's October 25, 2006 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254
9 upon Michael Patrick Farrell, Senior Assistant Attorney General.

10 DATED: November 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14 DAD:13:mp
brow2360.100fee