IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

      Petitioner,                      No. CIV S-06-2360 LKK DAD P

   vs.

R. CAMPBELL, Warden, et al.,

      Respondents.                  ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 3, 2007, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  On November 30, 2006, the court issued an order advising the petitioner of the requirements for filing an opposition or a statement of non-opposition to the motion.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner shall file an opposition or a statement of non-opposition to respondent's January 3, 2007 motion to dismiss within 30 days of this order; and

/////

/////

/////

1

2. Petitioner shall file a declaration with his opposition or statement of non-opposition stating why his response was not timely.

DATED: February 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow2360.46

2