IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

    Petitioner,                        No. CIV S-06-2360 LKK DAD P

    vs.

R. CAMPBELL, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

       On February 15, 2007, this court ordered petitioner to file an opposition or statement of non-opposition to respondents' motion to dismiss. The court also ordered petitioner to file a declaration stating why his response was not timely. Petitioner has timely filed his opposition and declaration in response to the court's order to show cause. Petitioner inadvertently sent a request for extension of time to file his opposition to the office of the deputy attorney general instead of the court. Petitioner's mail log appears to confirm the mistake. Good cause appearing, the court will discharge the order to show cause and deem petitioner's March 13, 2007 opposition timely.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The February 15, 2007 order to show cause is discharged;

/////

1

2. Petitioner's March 13, 2007 opposition to respondents' motion to dismiss is deemed timely; and

3. Respondents' reply, if any, shall be filed within fifteen days of service of this order.

DATED: March 16, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow2360.dsc