IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN L. BROWN,** | CIV S-06-2360 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **R. CAMPBELL, Warden, et al.,** | |
| Respondents. | |

On April 4, 2007, Respondents requested a fifteen-day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss.

GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including April 19, 2007, in which to file a reply to the opposition to motion to dismiss filed by Petitioner.

DATED: April 4, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/brow2360.111