1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN L. BROWN,

11            Petitioner,                    No. CIV S-06-2360 LKK DAD P

12        vs.

13   R. CAMPBELL,

14            Respondent.                    <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On August 6, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.

22   Respondent has filed objections to the findings and recommendations.  Petitioner has filed a

23   reply.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and

1   by proper analysis.

2

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.  The findings and recommendations filed August 6, 2007, are adopted in full;

5           2.  Respondent's January 3, 2007 motion to dismiss the petition is denied;

6           3.  Petitioner's request to file an amended petition reflecting only exhausted

7   claims is granted; and

8           4.  Respondent is directed to file an answer within thirty days of service of the

9   petitioner's amended petition.

10  DATED:   September 25, 2007.

11

12

13  LAWRENCE K. KARLTON
    SENIOR JUDGE
14  UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

                                    2