IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN L. BROWN,** | CIV S-06-2360 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICH SUBIA, Warden, et al.,** | |
| Respondents. | |

Respondent has filed a request for an extension of time to file a response to petitioner's amended petition. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's October 4, 2007 request is granted. Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus shall be filed on or before November 21, 2007.

DATED: October 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/brow2360.111