IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

      Petitioner,                        No. CIV S-06-2360 LKK DAD P

      vs.

RICH SUBIA, Acting Warden,

      Respondent.                     ORDER

_____/

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an amended petition for writ of habeas corpus, challenging a judgment of conviction entered in the San Joaquin County Superior Court on January 13, 2003.

      On November 29, 2007, the undersigned denied petitioner's motion for stay and abeyance and granted him thirty days leave to file and serve a renewed motion for stay and abeyance. On December 4, 2007, petitioner filed a request for an extension of time to file a traverse. Petitioner's recent filing suggests that he remains interested in pursuing this matter, however the court is unable to determine whether petitioner desires to seek a stay of this action pending exhaustion of unexhausted claims in state court or to proceed on his amended petition pending before the court and file a traverse. Accordingly, the court will grant petitioner thirty

/////

1  days from the date of this order to file either a renewed motion for stay and abeyance or a
2  traverse.
3      Good cause appearing, IT IS HEREBY ORDERED that within thirty days from
4  the date of this order petitioner shall file either a renewed motion for stay and abeyance or a
5  traverse.
6  DATED: January 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow2360.osc