IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

    Petitioner,                      No. CIV S-06-2360 LKK DAD P

    vs.

RICH SUBIA, Acting Warden,

    Respondent.                  ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 17, 2008, this court issued an order requiring petitioner to file a renewed motion for stay and abeyance or a traverse. Petitioner has not complied with the order.

        Good cause appearing, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall file a renewed motion for stay and abeyance or a traverse and shall show cause in writing why the court should not consider this matter submitted for decision.

DATED: February 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow2360.102