IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN L. BROWN,

    Petitioner,                    No. CIV S-06-2360 LKK DAD P

    vs.

RICH SUBIA, Acting Warden,

    Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On November 29, 2007, the undersigned denied petitioner's motion for a stay and abeyance and granted him thirty days leave to file and serve a renewed motion for a stay and abeyance. On December 4, 2007, petitioner filed a request for an extension of time to file a traverse. Based on petitioner's request, the court was unable to determine whether petitioner wished to seek a stay of this action pending exhaustion of unexhausted claims in state court or to proceed on his amended petition pending before the court and file a traverse. On January 17, 2008, the court issued an order requiring petitioner to file a renewed motion for a stay and abeyance or a traverse within thirty days. The time for complying with the court's order expired, and petitioner did not file a renewed motion or a traverse or otherwise respond to the court's

1

order.  Accordingly, on March 3, 2008, the court issued an order to show cause requiring petitioner to file a renewed motion for a stay and abeyance or a traverse and show cause in writing why the court should not consider this matter submitted for decision.  Again, the time for complying with the court's order has expired, and petitioner has not filed a renewed motion or a traverse or otherwise responded to the court's order.  Good cause appearing, the court will consider this matter submitted for decision.  In due course, the undersigned will issue findings and recommendations on petitioner's amended petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED: March 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow2360.subm